UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HANSON,<br><br>      Plaintiff,<br><br>   v.<br><br>WELCH FOODS INC.,<br><br>      Defendant. | Case No. 20-cv-02011-JCS<br><br>**FINAL JUDGMENT AND DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 68 |

The Court has separately entered an order granting final approval of the parties' class action settlement pursuant to Federal Rule of Civil Procedure 23, which has settled this action in its entirety. The Court's findings of fact and conclusions of law stated within that order are expressly incorporated herein by reference.

Accordingly, pursuant to Federal Rule of Civil Procedure 58, and subject to the Court's continuing jurisdiction with respect to all matters arising from or related to the implementation of the Settlement Agreement and final approval Order, the Court directs the Clerk of the Court to enter this Final Judgment dismissing the entire action with prejudice.

**IT IS SO ORDERED.**

Dated: April 18, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge