**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

**Counsel for Plaintiff**

**PROSKAUER ROSE LLP**
BART H. WILLIAMS (SBN 134009)
*bwilliams@proskauer.com*
JENNIFER L. JONES (SBN 284624)
*jljones@proskauer.com*
2029 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193

BALDASSARE VINTI (*pro hac vice*)
*bvinti@proskauer.com*
QIAN JENNIFER YANG (*pro hac vice*)
*jyang@proskauer.com*
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

**Counsel for Defendant Welch Foods Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS HANSON, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS INC.,<br><br>Defendant. | Case No. 3:20-cv-02011-JCS<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Joseph C. Spero |

# JOINT STATUS REPORT

Pursuant to the Court's July 14, 2022 Order (Dkt. No. 70), Plaintiff Curtis Hanson, and Defendant Welch Foods, Inc., respectfully submit this Joint Status Report addressing the status of the distributions to class members and the anticipated filing date of the post-distribution accounting called for by paragraph 21 of the Order Granting Final Approval (Dkt. No. 68).

The Class Administrator, Postlethwaite & Netterville, PAC ("P&N"), commenced settlement distributions to Class Members with valid claims on June 8, 2022. The deadline for Class Members to clear payments (*i.e.*, to deposit a paper check or claim an electronic payment) is December 5, 2022 (180 days after the payments were issued). Only after this date passes will P&N and the parties know how much remains in the common fund to be distributed *cy pres*. (*See* Dkt. No. 59-1, Settlement Agreement ¶¶ 4.5, 5.15.) And it is only once the *cy pres* funds are distributed that the parties will have all the information required to be in the Post-Distribution Accounting. Accordingly, the parties anticipate filing the final Post-Distribution Accounting on or before December 19, 2022, which is two weeks after the 180-day deadline for Class Members to clear their payments. Notwithstanding, the parties provide below an interim report showing the current status of distributions.

| Exhibit 1: Settlement Distribution Accounting (as of July 19, 2022) ||
|---|---|
| **Description** | **Value** |
| Total Class Members | 3,200,000 (est.) |
| Total Value of Settlement Fund | $1,500,000 |
| Injunctive Relief | Defendant's agreement to remove certain "health & wellness" claims from challenged product labels. |
| Type of Notice | Digital (Online and Social, Publication, Press Release, Public Website) |
| Exclusions Filed | 7 |
| Exclusions as a Percent of the Class | 0.0002% |
| Objections Filed | 0 |
| Objections as a Percentage of the Class | 0.00% |
| Total Claims Submitted | 193,317 |
| Total Claims Submitted as a Percentage of the Class | 6.04% |
| Total Valid Claims Submitted | 155,845 |

| Exhibit 1: Settlement Distribution Accounting (as of July 19, 2022) ||
|---|---|
| **Description** | **Value** |
| Total Valid Claims Submitted as a Percentage of the Class | 4.87% |
| Administrative Costs and Fees to Date | $312,542 |
| Administrative Costs and Fees Expected/Remaining | $12,115 |
| Total Administrative Costs and Fees | $324,658 |
| Class Counsel Fees and Expenses | $399,301 |
| Class Counsel Fees ($375,000) as Percent of Fund | 25.00% |
| Method of Payment to Class Members | Cash Award via Check & Digital Payments |
| Total Payments to Valid Claims | 155,845 |
| Total Dollars Distributed to Claimants | $771,331.75 |
| Average Payment | $4.95 |
| Median Payment | $5.38 |
| Smallest Payment | $0.44 |
| Largest Payment | $44.41 |
| Number of Payments Not Cleared | 16,334 |
| Dollar Amount of Payments not Cleared | $79,535.04 |
| Cy Près Payment to American Heart Association | TBD |

Date: July 20, 2022

Respectfully submitted,

/s/ Jack Fitzgerald

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
TREVOR M. FLYNN
*trevor@fitzgeraldjoseph.com*
MELANIE PERSINGER
*melanie@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

***Counsel for Plaintiff***

/s/ Baldassare Vinti
BART H. WILLIAMS
*bwilliams@proskauer.com*
JENNIFER L. JONES
*jljones@proskauer.com*
2029 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193

BALDASSARE VINTI
*bvinti@proskauer.com*
QIAN JENNIFER YANG
*jyang@proskauer.com*
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

**Counsel for Defendant Welch Foods Inc.**

## SIGNATURE ATTESTATION

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 20, 2022                         /s/ Jack Fitzgerald
                                                      Jack Fitzgerald